## VERIFICATION OF COMPLAINT

BEFORE ME, the undersigned authority, personally appeared GABRIEL HARKHAM who being duly sworn deposes and states:

1. I am the President and Manager of HARKHAM SHIPPING, LLC.
2. I have read the foregoing Verified Complaint and know the contents thereof and of my own knowledge assert that the same is true and correct.
3. I believe the matters to be true based on documents and information that is personally known to me, which I have reviewed, and I have obtained from representatives of HARKHAM SHIPPING, LLC.
4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
GABRIEL HARKHAM

Sworn to and Subscribed before me this 11 day of April, 2019.